UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

NANCY QUINN

    Plaintiff,

Case No.: 1:24-cv-03666

v.

SELECT REHABILITATION LLC,

    Defendant.
_____/

## **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**

Plaintiff, NANCY QUINN, by and through the undersigned counsel and pursuant to Rule 41(a)(1), of the Federal Rules of Civil Procedure, files this Notice of Voluntary Dismissal with prejudice of the above styled cause.

Respectfully submitted June 25, 2024

*/s/Mitchell Feldman, Esq.*
**Mitchell L. Feldman, Esquire**
Florida Bar No.: 0080349
FELDMAN LEGAL GROUP
12610 Race Track Road, Suite 225
Tampa, Florida 33626
Tel: 813-639-9366 - Fax: 813-639-9376
mfeldman@flandgatrialattorneys.com
*Lead Counsel and Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that I electronically filed the foregoing on June 25, 2024, with the Clerk of Court by using the CM/ECF system.  Parties may also obtain a copy directly from the CM/ECF system.

*/s/Mitchell Feldman, Esq.*
**Mitchell L. Feldman, Esquire**
Florida Bar No.:  0080349